IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:25-cv-00543<br><br>HON. AMIT P. MEHTA |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Civil Rule 7, Defendants respectfully move to extend the deadline for Defendants to respond to Plaintiff's Complaint to April 28, 2025.

The Parties have conferred regarding this request, and Plaintiff does not oppose the Motion. This is the first request for an extension of the response date in this matter.

Dated: March 17, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com

*Counsel for Defendants Google LLC & Alphabet Inc.*