IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.<br><br>                                               *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                                              *Defendants*. | Case No. 1:25-cv-00543<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, it is hereby ORDERED:

1. The Motion is GRANTED; and

2. Defendants shall respond to the Complaint on or before April 28, 2025.


Dated:  March ____, 2025

                                                                                 Hon. Amit P. Mehta
                                                          United States District Court Judge