**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHEGG, INC., | Case No. 25-cv-00543 (APM) |
| Plaintiff, | Hon. Amit P. Mehta |
| v. | |
| GOOGLE LLC, | |
| and | |
| ALPHABET INC., | |
| Defendants. | |

**DECLARATION OF CHRIS JOHNSTONE**

I, Chris Johnstone, hereby declare and state as follows:

1.      I submit this declaration in support of the motion of David Gringer for my admission to practice pro hac vice in the above-captioned matter.

2.      My full name is Christopher William Johnstone.  I am a Special Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, CA 94306.  My telephone number is 650-858-6147.

3.      I am a member in good standing of the California state bar, as well as the bars of the U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Central District of California, U.S. District Court for the Eastern District of California, U.S. District Court for the Northern District of California, and U.S. District Court for the Southern District of California.

4.      I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

5.      I do not have a pending application for admission into the U.S. District Court for

the District of Columbia.

6.      I have not been admitted pro hac vice in this Court within the last two years.

7.      I hereby declare under the penalty of perjury that the foregoing is true and correct.


Dated:  April 14, 2025                    Respectfully submitted,

_____
Chris Johnstone
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA  94306
Telephone: (650) 858-6147
Email: chris.johnstone@wilmerhale.com

*Counsel for Defendants Google LLC and Alphabet
Inc*