# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>and<br><br>ALPHABET INC.,<br><br>      Defendants. | Case No. 25-cv-00543 (APM)<br><br>Hon. Amit P. Mehta |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CHRIS JOHNSTONE PRO HAC VICE

  This Court has reviewed the Motion for Admission of Attorney Chris Johnstone Pro Hac Vice. Upon consideration of that motion, the Court grants attorney Chris Johnstone pro hac vice admission to this Court.

  It is so ORDERED on this _____ day of _____, 2025.

                    _____
                    The Honorable Amit P. Mehta
                    United States District Judge