# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.,<br><br>                        Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>and<br><br>ALPHABET INC.,<br><br>                        Defendants. | Case No. 25-cv-00543 (APM)<br><br>Hon. Amit P. Mehta |

## DECLARATION OF SONAL N. MEHTA

I, Sonal N. Mehta, hereby declare and state as follows:

1. I submit this declaration in support of the motion of David Gringer for my admission to practice pro hac vice in the above-captioned matter.

2. My full name is Sonal N. Mehta. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, CA 94306. My telephone number is 650-600-5051.

3. I am a member in good standing of the California state bar, as well as the bars of the U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Northern District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Central District of California, and U.S. District Court for the Eastern District of Texas.

4. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

5. I do not have a pending application for admission into the U.S. District Court for the District of Columbia.

6. I have not been admitted pro hac vice in this Court within the last two years.

7. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2025

Respectfully submitted,

_____
Sonal N. Mehta
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA  94306
Telephone: (650) 858-6000
Email: sonal.mehta@wilmerhale.com

*Counsel for Defendants Google LLC and Alphabet Inc.*