## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> and <br><br> ALPHABET INC., <br><br> Defendants. | Case No. 25-cv-00543 (APM) <br><br> Hon. Amit P. Mehta |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SONAL N. MEHTA PRO HAC VICE**

This Court has reviewed the Motion for Admission of Attorney Sonal N. Mehta Pro Hac Vice. Upon consideration of that motion, the Court grants attorney Sonal N. Mehta pro hac vice admission to this Court.

It is so ORDERED on this _____ day of _____, 2025.

_____
The Honorable Amit P. Mehta
United States District Judge