IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.<br><br>         *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants*. | Case No. 1:25-cv-00543<br><br>HON. AMIT P. MEHTA |

**JOINT MOTION TO SET BRIEFING DEADLINES FOR
DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Civil Rule 7, Plaintiff and Defendants hereby jointly move as follows:

WHEREAS, Plaintiff Chegg, Inc. ("Plaintiff") filed its Complaint in this matter against Google LLC and Alphabet Inc. ("Defendants") on February 24, 2025;

WHEREAS, on March 18, 2025, the Court granted Defendants' unopposed motion to extend the time to respond to the Complaint to April 28, 2025;

WHEREAS, the undersigned counsel for Defendants filed a notice of appearance in this case on April 14, 2025;

WHEREAS, Defendants intend to file a motion to dismiss the Complaint;

WHEREAS, counsel for the parties have conferred regarding a briefing schedule for Defendants' forthcoming motion to dismiss;

WHEREAS, this is the first request to extend the deadlines to file an opposition and reply brief, and a request for a one-week extension for the deadline to file a motion to dismiss;

WHEREAS, the parties' proposed deadlines will provide the necessary time to complete briefing on the motion to dismiss; and

WHEREAS, pursuant to Local Civil Rule 7, the parties request that the Court enter an order setting the following deadlines for briefing Defendants' motion to dismiss:

1. Defendants' motion: **May 5, 2025**

2. Plaintiff's opposition: **June 9, 2025**

3. Defendants' reply: **June 30, 2025**


Dated: April 17, 2025

By: /s/ Davida Brook
Ian Crosby (*application for admission pending*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Davida Brook (Bar ID: CA00117)
Halley Josephs (*application for admission pending*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
hjosephs@susmangodfrey.com

Y. Gloria Park (*application for admission pending*)
Thomas K. Boardman (*application for admission pending*)
Betsy Aronson (*application for admission forthcoming*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Respectfully submitted,

By: /s/ David Gringer
Sonal N. Mehta (*application for admission pending*)
Chris Johnstone (*application for admission pending*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
sonal.mehta@wilmerhale.com
chris.johnstone@wilmerhale.com

David Gringer (Bar No. 1001200)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
david.gringer@wilmerhale.com

*Counsel for Defendants Google LLC & Alphabet Inc.*

gpark@susmangodfrey.com
tboardman@susmangodfrey.com
baronson@susmangodfrey.com

*Counsel for Plaintiff Chegg, Inc.*