IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.<br><br>                                   *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                                   *Defendants*. | Case No. 1:25-cv-00543<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SET BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS**

Upon consideration of the parties' Joint Motion to Set Briefing Deadlines for Defendants' Motion to Dismiss, it is hereby ORDERED:

1. The Motion is GRANTED;

2. Defendants shall file their motion to dismiss the Complaint on or before May 5, 2025;

3. Plaintiff's opposition shall be due on or before June 9, 2025; and

4. Defendants' reply shall be due on or before June 30, 2025.

Dated: April ____, 2025

_____
Hon. Amit P. Mehta
United States District Court Judge