IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.<br><br>     *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>     *Defendants*. | Case No. 1:25-cv-00543-APM |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Google LLC and Alphabet Inc. respectfully move this Court to dismiss Plaintiff's Complaint (ECF No. 1).

Defendants request oral argument.

Dated: May 5, 2025

                 Respectfully submitted,

                 By: */s/ Sonal N. Mehta*
                 Sonal N. Mehta*
                 Chris Johnstone*
                 WILMER CUTLER PICKERING HALE
                 AND DORR LLP
                 2600 El Camino Real, Suite 400
                 Palo Alto, CA  94306
                 Telephone: (650) 858-6000
                 Facsimile: (650) 858-6100
                 sonal.mehta@wilmerhale.com
                 chris.johnstone@wilmerhale.com
                 *\*Admitted Pro Hac Vice*

                 David Gringer (Bar No. 1001200)
                 WILMER CUTLER PICKERING HALE
                 AND DORR LLP
                 7 World Trade Center
                 250 Greenwich Street
                 New York, NY 10007

Telephone: (212) 230-8800
Facsimile: (212) 230-8888
david.gringer@wilmerhale.com

*Counsel for Defendants Google LLC & Alphabet Inc.*