# EXHIBIT 2









91% of Chegg customers say they get better grades when they use Chegg to understand their coursework[1]



## Unlock Max, Tinder, Doordash

Huge benefits with top brands for students are **included with a Chegg Study or Chegg Study Pack subscription.**[2] Get 'em & live your best student life.

Join now

"I could not imagine life as a student without Chegg."
@mandzatoba

"Also a shoutout to @chegg whose tutorials helped me pass my statistics class and get a hell of a decent grade."
@HappyUrbanite

1.^ Chegg survey fielded between Sept. 24–Oct 12, 2023 among a random sample of U.S. customers who used Chegg Study or Chegg Study Pack in Q2 2023 and Q3 2023. Respondent base (n=611) among approximately 837K invites. Individual results may vary. Survey respondents were entered into a drawing to win 1 of 10 $300 e-gift cards.

2.^ These offers are provided at no cost to subscribers of Chegg Study and Chegg Study Pack. No cash value. Terms and Conditions apply. Please visit each partner activation page for complete details.

### Recently Asked Questions
Expert help when you need it

**Q:** assume that at the end of 2022, oriole used $3,300 cash to pay off $3,300 of accounts payable. compute the new ratios
**A:** See Answer

**Q:** For pinned continous beam given below find Maximum moment and shear demand. Find Moment and shear capacity as well. Given: thickness=8", b = 12.33ft (straight) and b
**A:** See Answer

**Q:** Take-home Retrosynthesis and Synthesis assignment \section*{(A) \section*{(B) Problem 1. Perform a retrosynthetic analysis for each of the reactions above to plan
**A:** See Answer

**Q:** Find a general solution to the differential equation. one half y double prime plus 2 y equals 4 tangent 2 t minus one third e Superscript t
**A:** See Answer

**Q:** Group A: Design of a Clascode amplifier for: - 1A_1=3MOYH √ Z_(n) 50K\Omega : Input impedance Z_(ve)-200\Omega : Output impedance \beta can be suppose in range 100-2
**A:** See Answer

Q: Homework 8 - addition reactions Due Fri 5/2 Name 1. Draw the major product of each reaction. Indicate whether the product is chiral, and if so, whether it is formed

A: See Answer

Q: Figure Q1 below shows a foot peg mounted at the corner of concrete walls. The foot peg is used for construction work activities. A local foot peg manufacturer has ma

A: See Answer

Q: The moment of inertia of an object is the rotational analog of mass of the object in linear motion. force on the object in linear motion. acceleration of the object

A: See Answer

Q: What is F in the equation? \tau =rFsin(\theta ) A. Applied force B. Centripetal force C. Friction force D. Angular force

A: See Answer

Q: I need an accurate excel solution with explanations using solverif possible, please attach the excel file.

A: See Answer

**Chegg Products & Services**

Cheap Textbooks
Chegg Study Help
Citation Generator
College Textbooks
Digital Access Codes
eTextbooks
Grammar Checker
Math Solver
Mobile Apps
Plagiarism Checker
Textbook Rental
Used Textbooks
Chegg Perks

**Company**

About Chegg
Chegg For Good
College Marketing
Investor Relations
Jobs
Join Our Affiliate Program
Media Center

**Chegg Network**

Busuu
Citation Machine
EasyBib
Mathway

**Customer Service**

Give Us Feedback
Customer Service
Manage Subscription

**Educators**

Academic Integrity
Honor Shield
Institute of Digital Learning

Download on the App Store
GET IT ON Google Play

© 2003-2025 Chegg Inc. All rights reserved.

Cookie Notice | Your Privacy Choices | Do Not Sell My Personal Information | General Policies | Privacy Policy | Honor Code | IP Rights



