# EXHIBIT 3




### The easiest way to make and study flashcards

A better way to study with flashcards is here. Quizlet makes it simple to create your own flashcards, study those of a classmate, or search our archive of millions of flashcard decks from other students.



**Over 500 million** flashcards created



**90% of students** who use Quizlet report receiving higher grades



**The most popular** online learning tool in the US





### Make flashcards

Creating your own set of flashcards is simple with our free flashcard maker — just add a term and definition. You can even add an image from our library. Once your flashcard set is complete, you can study and share it with friends.



**Import**
Easily make your notes into flashcards



**Customize**
Take existing flashcards and make them your own



**Star**
Only study the flashcards you want to focus on

### Find online flashcards

Need flashcards to memorize vocabulary, equations, or anatomy? With millions of flashcards already created by other students and teachers, you can find free flashcards for any subject on Quizlet.



### Explore flashcards


















