IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.<br><br>　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>　　　　　　　　　*Defendants*. | Case No. 1:25-cv-00543-APM |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
THE COMPLAINT**

Upon consideration of Defendants' Motion to Dismiss the Complaint, it is hereby

ORDERED that the Motion is GRANTED, and Plaintiff's Complaint is dismissed.

Dated: _____, 2025　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge