## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC. | |
| *Plaintiff*, | Case No. 1:25-cv-00543 |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants*. | |

## JOINT MOTION TO SET DEADLINES FOR PLAINTIFF'S AMENDED COMPLAINT AND FOR BRIEFING ON DEFENDANTS' RENEWED MOTION TO DISMISS

Pursuant to Local Civil Rule 7, Plaintiff and Defendants hereby jointly move as follows:

WHEREAS, Plaintiff Chegg, Inc. ("Plaintiff") filed its Complaint in this matter against Google LLC and Alphabet Inc. ("Defendants") on February 24, 2025;

WHEREAS, on April 22, 2025, the Court granted the parties' joint motion to set briefing deadlines for Defendants' motion to dismiss the Complaint;

WHEREAS, Defendants filed their motion to dismiss the Complaint on May 5, 2025;

WHEREAS, Plaintiff intends to amend its Complaint pursuant to Fed. R. Civ. P. 15(a);

WHEREAS, counsel for the parties have conferred regarding an extension of Plaintiff's deadline to amend its Complaint and a briefing schedule for Defendants' renewed motion to dismiss Plaintiff's forthcoming Amended Complaint;

WHEREAS, this is the first request to extend the deadlines for Plaintiff to file an Amended Complaint and the first request to extend the briefing deadlines for Defendants' renewed motion to dismiss Plaintiff's forthcoming Amended Complaint;

WHEREAS, the parties' proposed deadlines will provide the necessary time for Plaintiff to amend its Complaint and for the parties to complete briefing on Defendants' renewed motion to dismiss; and

WHEREAS, pursuant to Local Civil Rule 7, the parties request that the Court enter an order setting the following deadlines for Plaintiff's Amended Complaint and for briefing Defendants' renewed motion to dismiss:

1. Plaintiff's Amended Complaint: **June 9, 2025**

2. Defendants' motion: **July 25, 2025**

3. Plaintiff's opposition: **August 29, 2025**

4. Defendants' reply: **September 19, 2025**


Dated: May 19, 2025                                    Respectfully submitted,

By: */s/ Davida Brook*
Ian Crosby (Bar ID: WA0036)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Davida Brook (Bar ID: CA00117)
Halley Josephs (Bar ID: CA00217)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
hjosephs@susmangodfrey.com

Y. Gloria Park (*application for admission pending*)
Thomas K. Boardman (Bar ID: NY0617)

By: */s/ David Gringer*
Sonal N. Mehta (*application for admission pending*)
Chris Johnstone (*application for admission pending*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
sonal.mehta@wilmerhale.com
chris.johnstone@wilmerhale.com

David Gringer (Bar No. 1001200)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Betsy Aronson (*application for admission
forthcoming*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
gpark@susmangodfrey.com
tboardman@susmangodfrey.com
baronson@susmangodfrey.com

*Counsel for Plaintiff Chegg, Inc.*

david.gringer@wilmerhale.com

*Counsel for Defendants Google LLC &
Alphabet Inc.*