IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:25-cv-00543<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SET DEADLINES FOR PLAINTIFF'S AMENDED COMPLAINT AND FOR BRIEFING ON DEFENDANTS' RENEWED MOTION TO DISMISS**

Upon consideration of the Parties' Joint Motion to Set Deadlines for Plaintiff's Amended Complaint and for Briefing on Defendants' Renewed Motion to Dismiss, it is hereby

ORDERED:

1. The Motion is GRANTED;
2. Plaintiff shall file its Amended Complaint by June 9, 2025;
3. Defendants shall file their renewed motion to dismiss the Amended Complaint on or before July 25, 2025;
4. Plaintiff's opposition shall be due on or before August 29, 2025; and
5. Defendants' reply shall be due on or before September 19, 2025.

Dated: May ____, 2025

_____
Hon. Amit P. Mehta
United States District Court Judge