IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEGG, INC.,<br><br>       *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       *Defendants*. | Case No. 1:25-cv-00543-APM |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Google LLC and Alphabet Inc. respectfully move this Court to dismiss Plaintiff's Amended Complaint (ECF No. 18).

Defendants request oral argument.


Dated: July 25, 2025

              Respectfully submitted,

              By: */s/ Sonal N. Mehta*
              Sonal N. Mehta*
              Chris Johnstone*
              WILMER CUTLER PICKERING HALE
              AND DORR LLP
              2600 El Camino Real, Suite 400
              Palo Alto, CA  94306
              Telephone: (650) 858-6000
              Facsimile: (650) 858-6100
              sonal.mehta@wilmerhale.com
              chris.johnstone@wilmerhale.com
              **Admitted Pro Hac Vice*

              David Gringer (Bar No. 1001200)
              WILMER CUTLER PICKERING HALE
              AND DORR LLP
              7 World Trade Center

250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
david.gringer@wilmerhale.com

*Counsel for Defendants Google LLC & Alphabet Inc.*