**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHEGG, INC.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 25-cv-00543 (APM)** |
| **GOOGLE LLC, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 27, Defendants' Motion to Dismiss the Amended Complaint, ECF No. 19, is granted.

This is a final, appealable order.

Dated: September 30, 2026

Amit P. Mehta
United States District Judge